**CERA LLP**
Solomon B. Cera (State Bar No. 099467)
Thomas C. Bright (State Bar No. 169713)
595 Market Street, Suite 1350
San Francisco, CA 94105
Telephone: (415) 777-2230
Email: scera@cerallp.com
Email: tbright@cerallp.com

**KAPLAN FOX & KILSHEIMER LLP**
Robert N. Kaplan (*pro hac vice forthcoming*)
Gregory K. Arenson (*pro hac vice forthcoming*)
850 Third Avenue, 14th Floor
New York, NY 10022
phone: (212) 687-1980
Email: rkaplan@kaplanfox.com
Email: garenson@kaplanfox.com

**NEMATZADEH PLLC**
Justin S. Nematzadeh (Admitted *pro hac vice*)
101 Avenue of the Americas, Suite 909
New York, NY 10013
Telephone: (646) 799-6729
Email: jsn@nematlawyers.com

*Attorneys for Plaintiff and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY'S DISTRIBUTING, INC., on Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL FOOTBALL LEAGUE, INC.; et al.<br><br>Defendants. | Case No. 3:21-cv-09905-WHA<br><br>**NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Casey's Distributing, Inc. hereby files this Notice of Dismissal of this action, without prejudice.

Dated: March 18, 2022

**CERA LLP**

By: */s/ Thomas C. Bright*
 Thomas C. Bright

– and –

**KAPLAN FOX & KILSHEIMER LLP**

– and –

**NEMATZADEH PLLC**

*Attorneys for Plaintiffs and the Proposed Class*